UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number: 9:18-cv-81118-DMM**

| | |
|---|---|
| Kelly Graham, | : |
| Plaintiff, | : |
| vs. | : |
| Capital One Bank (USA) N.A., | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 8, 2019

Respectfully submitted,

*/s/ Tamra Givens*
Tamra Givens, Esq.
Florida Bar No. 657638
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
tgivens@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Tamra Givens

Tamra Givens, Esq.