UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 9:18-cv-81118-DMM

Kelly Graham,

           Plaintiff,

vs.

Capital One Bank (USA) N.A.,

           Defendant.

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

THE PARTIES HEREBY REQUEST the Court retain jurisdiction to enforce the terms of the settlement agreement.

| Kelly Graham | Capital One Bank (USA) N.A. |
|---|---|
| /s/ Tamra Givens | /s/ Megan P. Stephens |
| Tamra Givens, Esq. | Megan P. Stephens, Esq. |
| LEMBERG LAW, LLC | Burr & Forman, LLP |
| 43 Danbury Road, 3rd Floor | 420 North 20th Street, Suite 3400 |
| Wilton, CT  06897 | Birmingham, Alabama 35203 |

Telephone: (203) 653-2250  Telephone: (205) 251-3000
Facsimile:  (203) 653-3424  Facsimile: (205) 413-8701
Attorney for Plaintiff  Attorney for Defendant

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Florida Electronic Document Filing System (ECF), which sent notice of such filing to the following:

By */s/ Tamra Givens*_____

Tamra Givens, Esq.